IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER STEPHENSON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-709 |
| **v.** | : | |
| | : | |
| **AT&T SERVICES, INC.** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 13th day of August 2021, upon consideration of Defendant's *motion to compel arbitration*, [ECF 4], Plaintiff's response in opposition, [ECF 9], Defendant's reply, [ECF 11], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The parties are directed to inform this Court when the arbitration has been completed or when this matter has been resolved.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*