UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER STEPHENSON** | CIVIL ACTION NO. |
| **Plaintiff,** | 21-cv-00709 |
| v. | |
| **AT&T SERVICES, INC.** | |
| **Defendant** | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Acting through their counsel, hereby stipulate to dismiss this action, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 15, 2023

_____
Daniel S. Orlow
**Console Mattiacci Law, LLC**
1525 Locust Street, 9th FL
Philadelphia, PA 19102
(215) 545-7676

*Attorney for Plaintiff*
*Peter Stephenson*

_____
Kaveh Dabashi
Sara B. Tomezsko
**Paul Hastings LLP**
200 Park Avenue, 30th Floor
New York, NY 10166
(212) 318-6000

*Attorneys for Defendant*
*AT&T Services, Inc.*

So ordered this _____ day of _____, 2023.
Honorable NITZA I. QUIÑONES ALEJANDRO